Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
Gregory A. Kraemer, Esq.
Nevada Bar No. 10911
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
krushton@cooperlevenson.com
gkraemer@cooperlevenson.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE MOTOR COACH, LLC.<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM ANDERSON, DIRECTOR OF THE NEVADA DEPARTMENT OF TAXATION; STATE OF NEVADA DEPARTMENT OF TAXATION<br><br>Defendants. | CASE NO. 2:18-cv-00522<br><br>STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO THE COMPLAINT |

WHEREAS, the parties hereby mutually stipulate to extend the time for Defendants to file their Responsive Pleading to the Complaint;

WHEREAS the parties stipulate that this request t is not to intended to unduly delay the process.

THUS, IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Maxson-Rushton, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Plaintiff MARQUE MOTOR COACH, LLC and Robert Werbicky, Esq., Deputy Attorney General as counsel for Defendant THE NEVADA DEPARTMENT OF TAXATION that the deadline for filing a responsive

CLAC: 480131.1

pleading to the Complaint be extended until Friday, April 27, 2018.

Respectfully submitted this ___ day of April, 2018.

| COOPER LEVENSON, P.A. | NEVADA ATTORNEY GENERAL |
|---|---|
| /s/ Kimberly Maxson-Rushton | /s/ Robert Werbicky |
| Kimberly Maxson-Rushton, Esq. | Robert Werbicky, Esq. |
| Nevada Bar No. 5065 | Nevada Bar No. 6166 |
| 1835 Village Center Circle | 555 E. Washington Ave., Suite 3900 |
| Las Vegas, NV 89134 | Las Vegas, NV 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2018

2