Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
krushton@cooperlevenson.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE MOTOR COACH, LLC. <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM ANDERSON, DIRECTOR OF THE NEVADA DEPARTMENT OF TAXATION;  STATE OF NEVADA DEPARTMENT OF TAXATION <br><br> Defendants. | CASE NO.  2:18-cv-00522 <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DEFENDANTS MOTION TO DISMISS** |

WHEREAS, the parties hereby mutually stipulate to extend the time for Plaintiff to file a responsive pleading to Defendants' Motion to Dismiss;

WHEREAS the parties stipulate that the intent in seeking said extension of time is not to unduly delay the process.

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Maxson-Rushton, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Plaintiff MARQUE MOTOR COACH, LLC and Robert Werbicky, Esq., Deputy Attorney General as counsel for Defendant THE NEVADA DEPARTMENT OF TAXATION that the deadline for filing the responsive pleading to

CLAC; 480131.1

Defendants' Motion to Dismiss be extended until Tuesday, May 29, 2018.

Respectfully submitted this 11th day of May, 2018.

| COOPER LEVENSON, P.A. | NEVADA ATTORNEY GENERAL |
|---|---|
| */s/ Kimberly Maxson-Rushton* | */s/ Robert Werbicky* |
| Kimberly Maxson-Rushton, Esq. | Robert Werbicky, Esq. |
| Nevada Bar No. 5065 | Nevada Bar No. 6166 |
| 1835 Village Center Circle | 555 E. Washington Ave., Suite 3900 |
| Las Vegas, NV 89134 | Las Vegas, NV 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED this __22__ day of May, 2018.