Kimberly Maxson-Rushton, Esq.
Nevada Bar No. 5065
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
krushton@cooperlevenson.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE MOTOR COACH, LLC.<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM ANDERSON, DIRECTOR OF THE NEVADA DEPARTMENT OF TAXATION; STATE OF NEVADA DEPARTMENT OF TAXATION<br><br>Defendants. | CASE NO. 2:18-cv-00522<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS RENEWED MOTION TO DISMISS**<br><br>**(Second Request)** |

WHEREAS, the parties hereby mutually stipulate to extend the time for Plaintiff to file an Opposition to Defendants' Renewed Motion to Dismiss;

WHEREAS the parties stipulate that the intent in seeking said extension of time is not to unduly delay the process.

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Maxson-Rushton, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Plaintiff MARQUE MOTOR COACH, LLC and Robert Werbicky, Esq., Deputy Attorney General as counsel for Defendant THE NEVADA DEPARTMENT OF TAXATION that the deadline for filing the Opposition to

CLAC; 480131.1

Defendants' Renewed Motion to Dismiss be extended until Thursday, May 2, 2019.

Respectfully submitted this 24th day of April, 2019.

| COOPER LEVENSON, P.A. | NEVADA ATTORNEY GENERAL |
|---|---|
| */s/ Kimberly Maxson-Rushton* | */s/ Robert Werbicky* |
| Kimberly Maxson-Rushton, Esq.<br>Nevada Bar No. 5065<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorney for Plaintiff* | Robert Werbicky, Esq.<br>Nevada Bar No. 6166<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101<br>*Attorney for Defendants* |

IT IS SO ORDERED.

DATED this  29  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT