AARON D. FORD
   Attorney General
ROBERT E. WERBICKY (Bar No. 6166)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3105 (phone)
(702) 486-3416 (fax)
rwerbicky@ag.nv.gov

*Attorneys for the State of Nevada,*
*ex rel. its Department of Taxation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE MOTOR COACH, LLC, ) | Case No. 2:18-cv-00522-GMN-PAL |
| Plaintiffs, ) | |
| vs. ) | **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS RENEWED MOTION TO DISMISS** |
| WILLIAM ANDERSON, DIRECTOR OF THE NEVADA DEPARTMENT OF TAXATION; STATE OF NEVADA DEPARTMENT OF TAXATION, ) | |
| Defendants. ) | **(First Request)** |

WHEREAS, the parties hereby mutually stipulate to extend the time for Defendant to file a Reply in Support of Defendants' Renewed Motion to Dismiss;

WHEREAS the parties stipulate that the intent in seeking said extension of time is not to unduly delay the process.

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Maxson-Rushton, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Plaintiff MARQUE MOTOR COACH, LLC and Robert Werbicky, Esq., Deputy Attorney General as counsel for Defendant THE NEVADA

. . .

. . .

. . .

DEPARTMENT OF TAXATION that the deadline for filing the Reply in Support of Defendants'
Renewed Motion to Dismiss be extended until Monday, May 20, 2019.

Respectfully submitted this 13th day of May, 2019.

AARON D. FORD                          COOPER LEVENSON, P.A.
Attorney General

By:  / s / Robert E. Werbicky                  / s / Kimberly Maxson-Rushton
    Robert E. Werbicky                      Kimberly Maxson-Rushton, Esq.
    Nevada Bar No. 6166                     Nevada Bar No. 5065
    555 E. Washington Avenue, Suite 3900    1835 Village Center Circle
    Las Vegas, NV 89101                     Las Vegas, NV 89134
    *Attorney for Defendants*                *Attorney for Plaintiff*


IT IS SO ORDERED.

DATED this __13__ day of May, 2019.


_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT